THOMAS DAWSON, Respondent, v. DAUBER-TRIANGLE COACH CO., INC., et al., Appellants, et al., Defendants. (Action No. 1.) THOMAS BIRMINGHAM, Respondent, v. DAUBER-TRIANGLE COACH CO., INC., Appellant. (Action No. 2.) — Consolidated actions to recover damages for personal injuries and for property damage resulting from a collision between a taxicab and a bus. Judgment entered on the verdicts of a jury in favor of plaintiffs, unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ.

LILLIAN FROST, Appellant, v. CITY OF NEW YORK et al., Respondents.— Order denying plaintiff's motion for a certificate requiring the furnishing of stenographer's minutes at public expense under section 1493 of the Civil Practice Act affirmed, without costs. No opinion. Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.

DONALD GROTH, Respondent, v. R. B. HAMILTON TRUCKING CO., INC., Appellant.— In an action to recover damages for personal injuries sustained when plaintiff's motorcycle collided with defendant's truck at an intersection, judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ.